HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
HECTOR MANUEL SOLIS-TORRES

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-203 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| HECTOR MANUEL SOLIS-TORRES, | DATE: December 5, 2013  TIME: 9:30 AM |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

The parties request that the status conference in this case be continued from Thursday, November 7, 2013, to Thursday, December 5, 2013 at 9:30 a.m. They stipulate that the time between November 7, 2013 and December 5, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

Specifically, defense counsel needs additional time to investigate the facts of the case, review discovery with client, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated:     October 31, 2013          Respectfully submitted,
                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Benjamin Galloway*
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     HECTOR MANUEL SOLIS-TORRES


Dated:     October 31, 2013          BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Nirav Desai*
                                     NIRAV DESAI
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 7, 2013, be continued to December 5, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from November 7, 2013, to and including, the December 5, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated: November 1, 2013

_____
Troy L. Nunley
United States District Judge