1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   HECTOR MANUEL SOLIS-TORRES

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-203 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| HECTOR MANUEL SOLIS-TORRES, | ) | DATE:  December 19, 2013 |
| | ) | TIME:   9:30 AM |
| Defendant. | ) | JUDGE: Hon. Troy L. Nunley |

The parties request that the status conference in this case be continued from Thursday, December 5, 2013, to Thursday, December 19, 2013 at 9:30 a.m.  They stipulate that the time between December 5, 2013 and December 19, 2013 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

Specifically, defense counsel needs additional time to investigate the facts of the case, review discovery with client, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

| Dated: | November 26, 2013 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
|---|---|---|
| | | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>HECTOR MANUEL SOLIS-TORRES |
| Dated: | November 26, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Nirav Desai*<br>NIRAV DESAI<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 5, 2013, be continued to December 19, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from December 5, 2013, to and including, the December 19, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated: November 26, 2013

Troy L. Nunley
United States District Judge