HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
HECTOR MANUEL SOLIS-TORRES

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   v.                         )<br>                              )<br>HECTOR MANUEL SOLIS-TORRES,   )<br>                              )<br>         Defendant.           )<br>                              )<br>                              ) | NO. 2:11-CR-203 TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:  February 13, 2014<br>TIME:  9:30 AM<br>JUDGE: Hon. Troy L. Nunley |

The parties request that the status conference in this case be continued from Thursday, January 23, 2014, to Thursday, February 13, 2014 at 9:30 a.m. They stipulate that the time between January 23, 2014 and February 13, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

Specifically, defense counsel needs additional time to investigate the facts of the case, review discovery with client, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

-1-

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: January 16, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
HECTOR MANUEL SOLIS-TORRES

Dated:  January 16, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Nirav Desai*
NIRAV DESAI
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 23, 2014, be continued to February 13, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from January 23, 2014, to and including, the February 13, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated: January 17, 2014

Troy L. Nunley
United States District Judge